

#150994

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of: : Case No. 07-19072
: Chapter 7; Judge Randolph Baxter
ROBIN DONAT :
:
              Debtor. :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $445.86 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name and address of the party entitled to those unclaimed dividends is(are) as follows:

ck 1012

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Nuvell Credit Company<br>PO Box 7100<br>Little Rock, AR 72223-7100 | 1 | $445.86 |

Total Unclaimed/Small
Dividends $25.00 or Under

$_____

Total Unclaimed Dividends
Over $25.00

$445.86

Dated: 9-21-10

/s/ Mary Ann Rabin
Mary Ann Rabin (0000009)
Rabin & Rabin Co., LPA
55 Public Square
Suite 1510
Cleveland, Ohio 44113
(216)771-8084
(216)771-4615 facsimile
mrabin@rabinandrabin.com

2010 SEP 22 AM 11:54
NORTHERN DISTRICT OF OHIO
CLEVELAND
FILED
CLERK U.S. BANKRUPTCY COURT